UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-22-19

THADDEUS WHITE, Individually and on behalf of all others similarly situated,

    Plaintiff,

- against -

JUST ENERGY GROUP, INC., ET AL.,

    Defendants.

19-cv-8236 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The defendants should respond to the motion to transfer venue by the movant, Gregory Gutman, by **December 13, 2019**. The movant should reply by **December 23, 2019**.

SO ORDERED.

Dated: New York, New York
November 21, 2019

/s/ John G. Koeltl
John G. Koeltl
United States District Judge