UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THADDEUS WHITE, Individually and On Behalf of
All Others Similarly Situated,

                      Plaintiff,

        -against-

JUST ENERGY GROUP INC., PATRICK MCCULLOUGH,
and JIM BROWN,
                      Defendant.
-----------------------------------------------------------------x

19 CIVIL 08236 (JGK)

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Jason Cyrulnik

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 4332284

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Boies Schiller Flexner LLP

    To: Roche Cyrulnik Freedman LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** 99 Park Avenue, Suite 1910, New York, NY 10016

☒ **Telephone Number:** 646-978-9868

☐ **Fax Number:**

☒ **E-Mail Address:** jcyrulnik@rcfllp.com

Dated: 2/3/2020          /s/ Jason Cyrulnik