

THE ROSEN LAW FIRM
INVESTOR COUNSEL

Jonathan Stern, Esq.
jstern@rosenlegal.com

February 6, 2020

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *White* v. *Just Energy Group, Inc., et al*., Case No. 1:19-cv-08236-JGK

Your Honor:

I represent Lead Plaintiff Gregory Gutman in the above-referenced matter. I write to request that the oral argument on Lead Plaintiff's Motion to Transfer be adjourned until February 12, 2020 at 10:30 a.m. Oral argument is currently scheduled for February 7, 2020 at 11:00 a.m., and was recently rescheduled from February 6, 2020 at 12:30 p.m. I am requesting the foregoing adjournment due to the fact that I am the lead attorney for my firm for this matter and I have a previously scheduled deposition tomorrow in another matter which conflicts with the oral argument. This is the first request for an adjournment. I have conferred with Counsel for Defendants in this matter and they consent to this request for an adjournment.

      Thank you for your consideration.

                    Respectfully submitted,

                    */s/ Jonathan Stern*
                    Jonathan Stern, Esq.

cc: All counsel of record by ECF

1