USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.13.20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THADDEUS WHITE, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

- against -

JUST ENERGY GROUP, INC., PATRICK MCCULLOUGH, and JIM BROWN,

        Defendants.

19-cv-8236 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

For the reasons discussed at the conference held on **February 12, 2020,** the lead plaintiff's motion to transfer venue to the Southern District of Texas is **granted.** The Clerk of Court is directed to transfer this case to the Southern District of Texas and close the case on the docket of this Court. The Clerk is also directed to close all pending motions.

**SO ORDERED.**

Dated:   New York, New York
       February 12, 2020

                              John G. Koeltl
                            United States District Judge